In The United States District Court
For The Middle District Of Georgia
Macon Division

Dennis Devolar Williams
    Plaintiff,

vs.

Victor L. Walker; James Cook;
Christine Jiminez; David Butts;
Ms. Boone; John Doe, Pharmacist;
Mr. Ranson; Mr. Fort; Mr. Hosley;
Mr. Mack; Mr. Kendricks; Mr. Lake;
Mr. Primus; James E. Donald; Alan A.
Adams; Raymond Head; John Does,
G.D.C. Health Services Clinic; John Doe,
Investigator Inmate Affairs Unit,
    Defendants.

Case No. 5:05-CV-352 (DF)

FILED
U.S. DISTRICT COURT
MIDDLE DIST. GA.
2005 OCT 27 AM 8:40
[signature] Causton
DEPUTY CLERK

## Amended 42 U.S.C. § 1983 Complaint

Comes Now Plaintiff Dennis Devolar Williams Pro se and Amend his Complaint to add <u>Unit Manager, Tommy Tremble</u> Defendant to be served in his individual Capacity. I also have the first name of Mr. Ranson which is Michael, and the first name of Mr. Fort which is Karl. <u>CO#2 Ms. Samford</u> in they individual Capacity Also Mr. <u>Garland Riner Deputy Warden of Care and Treatment.</u>

Plaintiff Amend his Complaint also as to his witness:

Willie F. Reynolds, Jr., G.D.C.# 987256

Ricky Rogers, G.D.C.# 18479

Angelo Tate, G.D.C.# 1130473

CO#2 Mr. Lawerance hostile witness

CO#1 Mr. Reese hostile witness

Exhibit - A - A Copy(ies) of the Disciplinary Report

Statement of Claim (continued)

Now as to Grievance No.: 0541-05-0004 at the informal stage on January 4, 2005, I spoked with Mr. Tommy Tremble who was at the time Chief of Security (Captain) I told him I have received the Dove Shampoo, but my skull cap with the visor I did not received. Mr. Tremble came up with this explanation why other Prisoner receive there skull cap with visor before me; was they make mistake, but if I will point the Prisoners out who they let have there skull cap with visor he will take them from them.

Now what Mr Tremble said to me is a insult to my intelligence and a threat to my safety for me to do such a thing. When Mr. Tremble know what they did and they did not tell anyone before I sent for the skull cap with the visor I or anyone els could not have them. This was nothing, but retaliation against me because I stand up against this cruel treatment by this administration. Evenmore this is nothing but Deliberata Indifference toward the Plaintiff when everyone els receive there skull cap with visor.

Now on June 16, 2005, Mr Tremble had CO#2 Samford wirted a false Disciplinary Report. Mr Tremble had me lock down in administrative segregation for 28 days with outa hearing on the charge. Then had me removed from Pre-Release Program in I-one Dorm. Deputy Warden of Care and Treatment went along with this retaliation by removing me from the Pre-Transitional Dorm I-one. Whereas inmate Donold Louis was allow to stay in the Program and he was never lock down at anytime. This retaliation Deliberata Indifference that have been show toward Plaintiff is violation of his 5th 14th 8th Amendment of the United States Constitution.

-2-

I do not have the address of the Officer, but I do have the address of the Prisoners. The witness will say:

Mr. Reynolds, will say that his medical filed is being falsely recorded with Dove Soap which that is what he should receive but they are giving him Ivory Soap which he is allergy to.
Hancock State Prison P.O. Box 339 Sparta, GA. 31087-0339

Mr. Rogers, will say that his medical filed is being falsely recorded with Dove Soap, but they are giving him Ivory Soap and they are recording Dove Soap.
Hancock State Prison P.O. Box 339 Sparta, GA. 31087-0339

Angelo Tate, will say that I did not do what Ms. Samford have wirten I did not throw a chair at Mr. Arnold at anytime. Hancock State Prison P.O. Box 339 Sparta, GA 31087

CO#2 Mr. Lawerance, will say he saw me try to talked to the Captain Mr. Ranson but he did not want to hear it. And for me to be quiet.

Co#1 Mr. Reese will say that he did served me a D.R. in lock down SMU-CELL-10 on June 16, 2005

Signed this 19 day of October 2005

_Dennis D. Williams_
Plaintiff Pro Se
G.D.C.#573621

-3-