# DISCIPLINARY REPORT WORK SHEET

__Hancock State Prison__
INSTITUTION NAME

CODE #

TPM/ MAX DATE

I. Offender: __Williams, Dennis__   __medium__   __573621 / 358109__
Name: Last, First, M.I.   Security   ID Number

II. Offense Data:
A. Charge

| # | Charge | Code | Plea | Finding | # | Charge | Code | Plea | Finding |
|---|--------|------|------|---------|---|--------|------|------|---------|
| 1 | Assault on an | BIL | | | 4 | | | | |
| 2 | Inmate | | | | 5 | | | | |
| 3 | | | | | 6 | | | | |

__6-16-05__   __9:15 A.M.__   __Op. O. Sanford COII__
Date   Time of Offense   Signature of Reporting Official

B. Factual Statement: __While Standing at my desk in I-1 dorm, I observed inmate Williams, Dennis throw a chair at inmate Arnold, Louis. The chair hit the floor beside inmate Arnold. Inmate Williams walked up and pushed Arnold in the chest. Inmates were instructed to break it up. Hancock State Prison was advised of this altercation.__

C. Reviewed by the appropriate Supervisor _____   __6-16-05__
Signature   mo. dy. year

D. Charges served on accused: __June__ __16__ __2005__ __1350hrs__   __Sperr COII__
mo.   dy.   yr.   time   Signature of Official

III. Investigative Report:
A. Summary of Investigation _____

B. _____
Title   Signature   mo. dy. year

C. Advocate's Name: _____

IV. Hearing Officer's Recommendation:
Greatest _____ High _____ Moderate _____ Low _____

_____
Signature   mo. dy. year

V. Disposition of Disciplinary Hearing:
A. Justification for findings: _____

B. Action Recommended: _____